IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| TONY MARTIN, | * |
| Plaintiff, | * |
| v. | Case No. 7:13-CV-104(HL) |
| | * |
| NORTHLAND GROUP, INC., | |
| | * |
| Defendant. | |
| _____ | * |

## **J U D G M E N T**

Pursuant to this Court's Order dated December 30, 2013, and for the reasons stated therein, JUDGMENT is hereby entered dismissing this case. Plaintiff shall recover nothing of Defendant.

This 30th day of December, 2013.

Gregory J. Leonard, Clerk

s/ Robin L. Walsh, Deputy Clerk